Robert Willie **FISHER**, Petitioner-Appellant,

v.

Leroy **STYNCHCOMBE**, Sheriff of Fulton County, Respondent-Appellee.

No. 72–1362
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.
May 16, 1972.

Glenn Zell, Atlanta, Ga., for petitioner-appellant.

Carter Goode, Asst. Dist. Atty., Atlanta Judicial Circuit, Lewis R. Slaton, Dist. Atty., Atlanta, Ga., for respondent-appellee.

Before GEWIN, AINSWORTH and SIMPSON, Circuit Judges.

---

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New

York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

**668**

PER CURIAM:

The District Court's judgment denying habeas relief to Robert Willie Fisher is affirmed for the reasons stated in the District Court's written opinion, which is reported at Fisher v. Stynchcombe, N. D.Ga., 1972, 336 F.Supp. 1308.

Affirmed.